**Dismissed and Memorandum Opinion filed June 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00144-CR

_____

**HENRY ONYINYE IWU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1765330**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court.   *See* Tex. R. App. P. 42.2.   Because this court has not issued an opinion, the court grants appellant's request.

Accordingly, the appeal is dismissed. We direct the Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justices Hedges and Justices Frost and McCally.
Do not publish — Tex. R. App. P. 47.2(b).